# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 20, 2024

Preston Byron Knapp
Rural Route 2624 N. Saunders Lake Drive
Minnetrista, MN  55364

  RE:  24-3359  Preston Knapp v. Wings Credit Union

Dear Appellant:

  The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

  The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

MMH

Enclosure(s)

cc: Clerk, U.S. District Court, District of Minnesota
    Lisa Lamm Bachman
    Paul W. Magyar
    Tessa A. Mansfield

District Court/Agency Case Number(s): 0:24-cv-00434-DWF

**Caption For Case Number:   24-3359**

Preston Byron Knapp

        Plaintiff - Appellant

v.

Wings Credit Union, also known as Wings Financial Credit Union

        Defendant - Appellee

**Addresses For Case Participants:   24-3359**

Preston Byron Knapp
Rural Route 2624 N. Saunders Lake Drive
Minnetrista, MN  55364

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Lisa Lamm Bachman
FOLEY & MANSFIELD
Suite 540
250 Marquette Avenue
Minneapolis, MN  55401

Paul W. Magyar
FOLEY & MANSFIELD
Suite 540
250 Marquette Avenue
Minneapolis, MN  55401

Tessa A. Mansfield
FOLEY & MANSFIELD
Suite 540
250 Marquette Avenue
Minneapolis, MN  55401