24-3359  Preston Knapp v. Wings Credit Union

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/20/2024

**Case Name:**    Preston Knapp v. Wings Credit Union
**Case Number:**  24-3359

**Docket Text:**
Civil case docketed. [5458648] [24-3359]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Preston Byron Knapp: pknapp5@gmail.com
Lisa Lamm Bachman: llammbachman@foleymansfield.com, kdavis@foleymansfield.com
Paul William Magyar: pmagyar@foleymansfield.com, tblaser@foleymansfield.com
Tessa A. Mansfield: tmansfield@foleymansfield.com, tblaser@foleymansfield.com