United States Court of Appeals

For the Eighth Circuit

_____

No. 24-3359
_____

Preston Byron Knapp

*Plaintiff - Appellant*

v.

Wings Credit Union, also known as Wings Financial Credit Union

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: March 13, 2025
Filed: March 18, 2025
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

    Preston Knapp appeals following the district court's[1] dismissal of his pro se action, imposition of a filing restriction, and denial of his motion to amend his

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

complaint.  After careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  See Chase v. Andeavor Logistics, L.P., 12 F.4th 864, 868 (8th Cir. 2021) (Fed. R. Civ. P. 12 dismissal reviewed de novo); Coonts v. Potts, 316 F.3d 745, 753 (8th Cir. 2003) (award of sanctions reviewed for abuse of discretion); Jackson v. Riebold, 815 F.3d 1114, 1122 (8th Cir. 2016) (denial of leave to amend complaint reviewed for abuse of discretion).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____