No: 24-3359

Preston Byron Knapp

Plaintiff - Appellant

v.

Wings Credit Union, also known as Wings Financial Credit Union

Defendant - Appellee

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00434-DWF)

**JUDGMENT**

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 18, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Susan E. Bindler