# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3359

Preston Byron Knapp

Appellant

v.

Wings Credit Union, also known as Wings Financial Credit Union

Appellee

_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00434-DWF)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

April 21, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler